<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2144**

———————————

JOSEPH R. JOHNSON,

Plaintiff - Appellant,

versus

CIRCUIT CITY STORES, INCORPORATED; FIRST NORTH
AMERICAN NATIONAL BANK,

Defendants - Appellees.

———————————

**No. 00-2145**

———————————

JOSEPH R. JOHNSON,

Plaintiff - Appellant,

versus

CIRCUIT CITY STORES; CIRCUIT CITY STORES,
INCORPORATED; FIRST NORTH AMERICAN NATIONAL
BANK,

Defendants - Appellees.

No. 00-2146

JOSEPH R. JOHNSON,

Plaintiff - Appellant,

versus

CIRCUIT CITY STORES, INCORPORATED; FIRST NORTH
AMERICAN NATIONAL BANK,

Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-98-1407-A, CA-99-695-A, CA-99-696-A)

Submitted: January 18, 2001          Decided: January 23, 2001

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph R. Johnson, Appellant Pro Se. Earle Duncan Getchell, Jr., MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph R. Johnson appeals the district court's orders denying his Fed. R. Civ. P. 60 motions and his motion to vacate the judgment and remand for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Johnson v. Circuit City Stores, Inc., Nos. CA-98-1407-A; CA-99-695-A; CA-99-696-A (E.D. Va. filed Aug. 1, 2000, entered Aug. 7, 2000; filed Aug. 3, 2000, entered Aug. 7, 2000; filed Aug. 15, 2000, entered Aug. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED